

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00364-CV

**TEXAS RESEARCH AND TECHNOLOGY FOUNDATION**,
Appellant

v.

**VINTAGE OAKS, L.L.C.**,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-06-25023-CV
Honorable Camile Glasscock Dubose, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER the costs of this appeal assessed against appellant Texas Research and Technology Foundation.

SIGNED September 4, 2019.

_____
Luz Elena D. Chapa, Justice